THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Lisa Riddle
 Stepp, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge
Unpublished Opinion No. 2008-UP-155
Submitted March 3, 2008  Filed March 11,
 2008   
APPEAL DISMISSED

 
 
 
 Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: Lisa Riddle Stepp (Stepp) appeals her guilty plea and
 sentence for promoting prostitution of a minor and contributing to the
 delinquency of a minor.  On appeal, Stepp maintains her guilty plea failed to
 conform with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969).  Specifically, Stepp maintains the trial court erred by accepting her
 guilty plea without an affirmative showing her plea was intelligent and
 voluntary.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Stepps appeal and grant counsels motion to be relieved.
 
APPEAL
 DISMISSED. [1]
HUFF, KITTREDGE,
 and WILLIAMS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.